

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2008

**BY HAND**

The Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



RECEIVED MAY 23 2008 JUDGE CHIN'S CHAMBERS

    Re:   United States v. Troy Ingram, 08 Cr. 459 (DC)

Dear Judge Chin:

    The above-referenced case was assigned to Your Honor on May 19, 2008. On May 21, 2008, the Defendant waived indictment before Magistrate Judge Ronald L. Ellis, and pled not guilty to an information charging him with illegal reentry, in violation of Title 8, United States Code, Section 1326(a) & (b)(2). An initial conference is currently scheduled before Your Honor on June 12, 2008, at 11:00 a.m.

    The Government respectfully requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act from the date of this letter until June 12, 2008, so that the Government can provide and defense counsel can review discovery in this matter, and so that the parties can discuss a possible disposition in this case.

    Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Michael M. Rosensaft
Michael M. Rosensaft
Assistant United States Attorney
212-637-2366

APPLICATION GRANTED.
SO ORDERED
/s/ Denny Chin
Denny Chin, U.S.D.J.
5/23/08

cc:    Barry Turner, Esq.
       Defense counsel for Troy Ingram