## ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :   NOTICE OF INTENT
        v.                          :   TO FILE AN INFORMATION
                                    :
TROY INGRAM,                        :
                                    :
            Defendant.              :
                                    :
------------------------------------x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 19, 2008

**08 CRIM 459**

MICHAEL J. GARCIA
United States Attorney

By: _____
    Michael M. Rosensaft
    Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
Barry Turner, Esq.
Attorney for Troy Ingram

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
5/19/08