UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    INFORMATION

        -v.-                            :    08 Cr.

TROY INGRAM,                            :
  a/k/a "Lando,"
                        Defendant.   :

- - - - - - - - - - - - - - - - - - x

[Stamp: JUDGE CHIN]

[Stamp: 08 CRIM 459]

COUNT ONE

        The Grand Jury charges:

        On or about January 29, 2008, in the Southern District of New York and elsewhere, TROY INGRAM, a/k/a "Lando," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission an aggravated felony, to wit, a conviction on or about May 5, 2003, in Bronx County Superior Court, of criminal sale of a controlled substance in the third degree, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

        (Title 8, United States Code, Sections 1326(a) & (b)(2).)

                                             /s/ Michael J. Garcia
                                            MICHAEL J. GARCIA
                                            United States Attorney

[Stamp: USDC SDNY ELECTRONICALLY FILED]

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**TROY INGRAM,**

Defendant.

---

**INFORMATION**

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

---

Foreperson.

---

5/[?]/08

Filed waiver of Ind. + [Information?].
AUSA Rosensaft pres. Deft pres [...]
Turner. Deft pleads [...]
detained.

ELLIS J