UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA               :

      -v.-                              08 Cr.

                                                    :

TROY INGRAM,
 a/k/a "Lando,"                        :

             Defendant.              :

- - - - - - - - - - - - - - - - - -x

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1326(a) & (b)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      _____
                                      Defendant

                                      _____
                                      Witness

                                      _____
                                      Counsel for Defendant

Date:     New York, New York
           May 21, 2008

