

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 2, 2008

**BY FACSIMILE**

The Honorable Denny Chin
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/3/08
```

Re: United States v. Troy Ingram, 08 Cr. 459 (DC)

Dear Judge Chin:

A conference in the above-referenced matter is currently scheduled before Your Honor tomorrow, September 3, 2008, at 10:30 a.m. The parties were hopeful that a disposition in this case could be reached by that time, but due to a number of issues that have arisen, the parties have not yet come to such an agreement. However, both parties are still hopeful that a disposition can be reached prior to trial, and therefore respectfully request that the conference currently scheduled for tomorrow be adjourned for approximately four weeks to allow the parties time to conclude these discussions.

If Your Honor is amenable to granting this request, the Government also respectfully requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act from the date of this letter until the next conference, so that the parties can continue discussing a possible disposition in this matter and, absent such a disposition, so that defense counsel can prepare any motions it may want to bring in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Michael M. Rosensaft
Assistant United States Attorney
212-637-2366

cc: Barry Turner, Esq.
    Defense counsel for Troy Ingram

*[Handwritten:]* Application GRANTED. Adjourned to 10/3/08 at 2:30 pm. The time until then is excluded in the interest of justice and in view of the parties' discussions. SO ORDERED. [signature] 9/3/08